order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

PATRICIA HORST, Respondent, v OWEN LLOYD BROWN, Appellant.
Decided June 29, 2010

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that the order appealed from does not finally determine the action within the meaning of the Constitution.

CONSTANTINEE L. JACKSON, Appellant, v STATE OF NEW YORK, Respondent.
Submitted May 17, 2010; decided June 29, 2010

Motion for reconsideration of this Court's April 6, 2010 dismissal order denied [see 14 NY3d 825 (2010)].

LT PROPCO, LLC, Appellant, v CAROUSEL CENTER COMPANY, L.P., et al., Respondents. (And Other Actions.)
Submitted May 10, 2010; decided June 29, 2010

Motion, insofar as it seeks leave to appeal as against defendant Carousel Center Company, L.P., dismissed as untimely; motion, insofar as it seeks leave to appeal as against defendant City of Syracuse Industrial Development Agency, denied.

Judge PIGOTT taking no part.

LT PROPCO, LLC, Appellant, v CAROUSEL CENTER COMPANY, L.P., et al., Respondents. (And Other Actions.)
Submitted May 17, 2010; decided June 29, 2010

Motion for leave to appeal dismissed upon the ground that appellant has moved in the Court of Appeals for leave to appeal

from the same Appellate Division orders (*see* 15 NY3d 743 [2010] [decided herewith]).

Judge PIGOTT taking no part.

———

JENNIFER MOORE et al., Appellants, v CITY OF NEW YORK et al., Respondents.

Decided June 29, 2010

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved.

———

In the Matter of LEON NEWMAN et al., Appellants, et al., Petitioner, v ERIC R. DINALLO, Superintendent, Insurance Department of the State of New York, Respondent.

Submitted May 24, 2010; decided June 29, 2010

Motion for reargument of motion for leave to appeal denied with $100 costs and necessary reproduction disbursements [*see* 14 NY3d 708 (2010)].

———

PENGUIN GROUP (USA) INC., Appellant, v AMERICAN BUDDHA, Respondent.

Decided June 29, 2010

Certification of a question by the United States Court of Appeals for the Second Circuit, pursuant to section 500.27 of the Rules of Practice of the Court of Appeals (22 NYCRR 500.27), accepted and the issues presented are to be considered after briefing and argument.

Concur: Chief Judge LIPPMAN and Judges CIPARICK, GRAFFEO, READ, SMITH, PIGOTT and JONES.

———